# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

DESMOND L. WEBSTER,

        Petitioner, : Case No. 2:22-cv-4343

- vs -                               Chief Judge Algenon L. Marbley
                                       Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
  Institution,

                                      :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is hereby transferred from the Honorable Caroline H. Gentry to the Honorable Michael R. Merz to help balance the Magistrate Judge workload in the District.

February 8, 2024.

                                                            s/ *Michael R. Merz*
                                                     United States Magistrate Judge